IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POLICE OFFICER CRYSTAL CARTER, et al. | : | CIVIL ACTION |
| | : | DOCKET NO.: 2:17-cv-05842-NIQA |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | **JURY TRIAL OF TWELVE (12) JURORS DEMANDED** |
| Defendants. | : | |

## STIPULATION

AND NOW this 24th day of April, 2018, it is hereby STIPULATED and AGREED, by and between the parties, through their undersigned counsel, that Plaintiffs' deadline to respond to Defendants' Amended Motion to Dismiss Plaintiff's First Amended Complaint is enlarged to expire on Tuesday, May 15, 2018.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
WEISBERG LAW
7 South Morton Avenue
Morton, PA 19070
(610) 690-0801
mweisberg@weisberglawoffices.com
*Attorney for Plaintiffs*

/s/ Kia Ghee
Kia Ghee, Esquire
Philadelphia Law Department
Labor and Employment Unit
1515 Arch Street – 16th Floor
Philadelphia, PA 19102
(215) 683-5079
Kia.Ghee@phila.gov
*Attorney for Defendants*

FILED
APR 25 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

APPROVED
**AND IT IS SO ORDERED.**

BY THE COURT: 4/25/2018

_____
Nitza I. Quiñones-Alejandro    , J.